GIBBS, Appellant, v. ROCHESTER RY. CO., Respondent. (Supreme Court, Appellate

Division, Fourth Department. October 10, 1900.) Action by Clinton Gibbs against the Rochester Railway Company. No opinion. Judgment and order affirmed, with costs.